# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 23-04635 | TPG | Judge: | Tiffany P. Geyer | | Trustee Name: | Marie E. Henkel |
|---|---|---|---|---|---|---|---|
| Case Name: | Serene Pavers & Stonescapes, Inc. | | | | | Date Filed (f) or Converted (c): | 11/01/2023 (f) |
| | | | | | | 341(a) Meeting Date: | 12/05/2023 |
| For Period Ending: | 09/30/2024 | | | | | Claims Bar Date: | 02/22/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Chase account | 0.00 | 0.00 | | 0.00 | FA |
| 2.  Account receivables | 16,764.00 | 16,764.00 | | 5,766.00 | FA |
| 3.  Pavers | 50,582.00 | 50,582.00 | | 25,100.00 | FA |
| 4.  2004 Ford F250 VIN 1FTNX20L04EB67488 | Unknown | Unknown | | 1,000.00 | FA |
| 5.  2001 Ford F350 VIN 1FDWW36FX1EA25624 (u) | Unknown | Unknown | | 1,000.00 | FA |
| 6.  2006 GM C4500 VIN 1GBC4C1206F407409 | Unknown | Unknown | | 1,000.00 | FA |
| 7.  1999 Ford F450 VIN 1FDXF46F3XED12449 | Unknown | Unknown | | 1,000.00 | FA |
| 8.  2001 Ford F450 VIN 1FDXF46FX1EA14231 | Unknown | Unknown | | 1,000.00 | FA |
| 9.  2006 Ford F350 VIN 1FDWW37PX6ED57285 | Unknown | Unknown | | 1,000.00 | FA |
| 10.  2017 Ram VIN 1C6RR7UT6HS737558 | Unknown | Unknown | | 1,000.00 | FA |
| 11.  2020 Jeep VIN 3C4NJCBB8LT256851 | Unknown | Unknown | | 5,000.00 | FA |
| 12.  2014 Dodge VIN 1CRR6FT3ES457261 | Unknown | Unknown | | 1,000.00 | FA |
| 13.  Dump Trailer | Unknown | Unknown | | 500.00 | FA |
| 14.  Flatbed Trailer | Unknown | Unknown | | 500.00 | FA |
| 15.  Bobcat | Unknown | Unknown | | 1,000.00 | FA |
| 16.  Forklift | Unknown | Unknown | | 1,000.00 | FA |
| 17.  Forklift | Unknown | Unknown | | 500.00 | FA |
| 18.  Skid Steer | Unknown | Unknown | | 500.00 | FA |
| 19.  Bobcat | 60,000.00 | 0.00 | | 0.00 | FA |
| 20.  Mini Track Loader | 22,000.00 | 0.00 | | 0.00 | FA |
| 21.  Petty Cash (u) | 0.00 | 100.00 | | 100.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $149,346.00 | $67,446.00 | | $47,966.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/20/23 Notice of Assets
11/21/23 Application to employ auctioneer
        Application to employ accountant
11/22/23 Order approving Application to employ auctioneer
        Order approving Application to employ accountant
11/28/23 Application to employ special counsel
11/30/23 Order approving Application to employ special counsel
01/31/24 Motion to sell all assets of debtor
02/14/24 Objection by consumer creditor to sale
        Notice of hearing on motion to sell : 03/06/24 @ 11 am
03/08/24 Order approving sale
06/25/24 2023 & 2024 Estate tax returns filed

Initial Projected Date of Final Report (TFR): 12/31/2024       Current Projected Date of Final Report (TFR): 12/31/2024

Trustee Signature:     /s/ Marie E. Henkel     Date: 10/28/2024

       Marie E. Henkel
       3560 S. Magnolia Ave.
       Orlando, FL  32806
       (407) 438-6738
       mehenkel@yahoo.com

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 23-04635

Case Name: Serene Pavers & Stonescapes, Inc.

Taxpayer ID No: XX-XXX2760

For Period Ending: 09/30/2024

Trustee Name: Marie E. Henkel

Bank Name: Axos Bank

Account Number/CD#: XXXXXX5178

Checking

Blanket Bond (per case limit): $39,238,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/22/23 | 2 | First Flight US Propery Holdings Gaspe House 66-72 Esplanade | Account Receivable | 1121-000 | $5,766.00 | | $5,766.00 |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.37 | $5,759.63 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $5.95 | $5,753.68 |
| 03/26/24 | | Cliff Shuler Auctioneers & Liquidators, Inc. Attn. Debbie Shuler 422 Julia St. Titusville, FL 32796 | SALE OF ASSET 03/08/24 Order approving sale | | $42,100.00 | | $47,853.68 |
| | | | Gross Receipts                     $42,100.00 | | | | |
| | 3 | | Pavers                                    $25,100.00 | 1129-000 | | | |
| | 4 | | 2004 Ford F250 VIN 1FTNX20L04EB67488        $1,000.00 | 1129-000 | | | |
| | 5 | | 2001 Ford F350 VIN 1FDWW36FX1EA25624        $1,000.00 | 1229-000 | | | |
| | 6 | | 2006 GM C4500 VIN 1GBC4C1206F407409         $1,000.00 | 1129-000 | | | |
| | 7 | | 1999 Ford F450 VIN 1FDXF46F3XED12449        $1,000.00 | 1129-000 | | | |
| | 8 | | 2001 Ford F450 VIN 1FDXF46FX1EA14231        $1,000.00 | 1129-000 | | | |
| | 9 | | 2006 Ford F350 VIN 1FDWW37PX6ED57285        $1,000.00 | 1129-000 | | | |
| | 10 | | 2017 Ram VIN 1C6RR7UT6HS737558              $1,000.00 | 1129-000 | | | |
| | 11 | | 2020 Jeep VIN 3C4NJCBB8LT256851             $5,000.00 | 1129-000 | | | |
| | 12 | | 2014 Dodge VIN 1CRR6FT3ES457261             $1,000.00 | 1129-000 | | | |
| | 13 | | Dump Trailer                                  $500.00 | 1129-000 | | | |

Page Subtotals:                              $47,866.00            $12.32

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 23-04635

Case Name: Serene Pavers & Stonescapes, Inc.

Taxpayer ID No: XX-XXX2760

For Period Ending: 09/30/2024

Trustee Name: Marie E. Henkel

Bank Name: Axos Bank

Account Number/CD#: XXXXXX5178

Checking

Blanket Bond (per case limit): $39,238,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 14 | | Flatbed Trailer $500.00 | 1129-000 | | | |
| | 15 | | Bobcat $1,000.00 | 1129-000 | | | |
| | 16 | | Forklift $1,000.00 | 1129-000 | | | |
| | 17 | | Forklift $500.00 | 1129-000 | | | |
| | 18 | | Skid Steer $500.00 | 1129-000 | | | |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.35 | $47,838.33 |
| 04/17/24 | 2001 | International Sureties Ltd 701 Poydras St. #420 New Orleans LA 70139 | Payment of 2024 Bond | 2300-000 | | $5.19 | $47,833.14 |
| 05/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.11 | $47,782.03 |
| 06/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.76 | $47,729.27 |
| 07/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.00 | $47,678.27 |
| 08/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.64 | $47,625.63 |
| 08/13/24 | 21 | Serene Pavers & Stonescapes, Inc. c/o Eric Bartolozzi, Pres 204 Rd 3DX Cody, WY  82414 | Petty Cash | 1229-000 | $100.00 | | $47,725.63 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $47,966.00 | $240.37 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $47,966.00 | $240.37 |
| Page Subtotals: | | $100.00 | $228.05 |

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $47,966.00 | $240.37 |

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5178 - Checking | $47,966.00 | $240.37 | $47,725.63 |
| | $47,966.00 | $240.37 | $47,725.63 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $47,966.00 |
| Total Gross Receipts: | $47,966.00 |

Trustee Signature:     /s/ Marie E. Henkel     Date: 10/28/2024

Marie E. Henkel
3560 S. Magnolia Ave.
Orlando, FL  32806
(407) 438-6738
mehenkel@yahoo.com

Page Subtotals:                                    $0.00          $0.00