**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re :

**Serene Pavers & Stonescapes, Inc.**
                                    Debtor.

_____/

Case No. **6:23-bk-04635-TPG**
Chapter 7

**TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS NO. 2, 6, 7, 10 -13, 15 – 20, 22 – 24, 26 – 28, 30, 32 – 33, 35, 37, 43, 45, 47, 50 – 53, 55 – 56, 61, 63 – 65, 70 – 71 & 73**

Trustee, Marie E. Henkel, hereby objects to Claims No. 2, 6, 7, 10 -13, 15 – 20, 22 – 24, 26 – 28, 30, 32 – 33, 35, 37, 43, 45, 47, 50 – 53, 55 – 56, 61, 63 – 65, 70 – 71 & 73, and states as follows :

1. Trustee files this Objection and seeks entry of an Order finding that all of the claims listed on Exhibit "A" are entitled to priority treatment under 11 U.S.C §507(a)(7).

2. This case was filed on November 21, 2023.  Debtor operated a stone paver business and entered into contracts with consumers for the installation of stone pavers and improvements related thereto.  Many contracts were either fully or partially unperformed.

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

If you object to the relief requested in this paper, you must file a response with the Clerk of Court, at U.S. Bankruptcy Court, 400 W. Washington St., Ste. 5100, Orlando, FL 32801, and mail a copy to Marie E. Henkel, Trustee, at 3560 S. Magnolia Ave., Orlando, FL 32806, within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U. S. Mail. If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested without further notice or hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney, if you have one.  If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified or eliminated if you do not timely file and serve a response.

3.  The basis for the claims listed on Exhibit "A" arose from deposits paid for services and materials for household use that were never provided.  These claims clearly are entitled to the priority treatment provided under 11 U.S.C. §507(a)(7)[1].

WHEREFORE Trustee requests entry of an Order sustaining Trustee's objection to the Claims No. 2, 6, 7, 10 -13, 15 – 20, 22 – 24, 26 – 28, 30, 32 – 33, 35, 37, 43, 45, 47, 50 – 53, 55 – 56, 61, 63 – 65, 70 – 71 & 73, allowing these claims the priority treatment provided under 11 U.S.C. §507(a)(7).

Dated December 4, 2025.

/s/ Marie E. Henkel
Marie E. Henkel, Trustee
Florida Bar No. 260320
3560 South Magnolia Avenue
Orlando, Florida 32806
Telephone : (407) 438-6738
Facsimile  : (407) 858-9466

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Omnibus Objection to Claims No. 2, 6, 7, 10 -13, 15 – 20, 22 – 24, 26 – 28, 30, 32 – 33, 35, 37, 43, 45, 47, 50 – 53, 55 – 56, 61, 63 – 65, 70 – 71 & 73, has been sent by United States Mail, first class, postage pre-paid, or by electronic delivery, to all parties on the attached matrix provided by the Clerk of Court on December 4, 2025.

/s/ Marie E. Henkel
Marie E. Henkel, Trustee

---

[1] Claims No. 7 and No.51 did claim priority treatment under 11 U.S.C §507(a)(7) but used the wrong amount for the priority treatment