**ORDERED.**

**Dated:  January 08, 2026**

Tiffany P. Geyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re :                                                    Case No. **6:23-bk-04635-TPG**
                                                              Chapter 7

**Serene Pavers & Stonescapes, Inc.**

                                        Debtor(s).

_____/

### ORDER SUSTAINING TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS (DOC. 43)

THIS CASE came before the Court without a hearing for consideration of Trustee's Omnibus Objection to Claims (docket no. 43) (the "Objection") filed by Maire E. Henkel, as duly-appointed Chapter 7 Trustee for the bankruptcy estate of Serene Pavers & Stonescapes, Inc.

The Court, having reviewed the Objection and the record in this case, and the Trustee having represented that the Objection was served on all parties as required by Bankruptcy Rule 2002(a)(3) and with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 30 days of the date of service; and the Court finding that the notice of the Objection satisfies the notice requirements of Bankruptcy Rule 2002(a)(3) and Local Rule 2002-4, and any other applicable notice requirements; that the response time as provided by Local Rule 2002-4 has expired, and that no response or objection to any of the claims objections identified in the attached Exhibit "A" was filed, or served on the Trustee, and the Court therefore considers the claims objections set forth in the attached Exhibit "A" to be unopposed. Accordingly, it is **ORDERED** :

1

1. The Objection is **SUSTAINED**.

2. Each claim listed on "Exhibit A" shall be deemed to be a priority claim as to the amount identified next to each claim (not to exceed $3,350.00) under 11 U.S.C §507(a)(7).

3. Any claim listed on "Exhibit A" in excess of the priority amount shall be deemed to be a general unsecured timely filed claim in this case.

Trustee Marie E. Henkel is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the Order.

EXHIBIT 'A'

| Claim No. | Creditor Name | Claim Amount | Allowed under 11 U.S.C. §507(a)(4) | Unsecured Amount |
|---|---|---|---|---|
| 2 | Dale Haun | $ 2,163.00 | $2,163.00 | |
| 6 | Susan Carpenter | $ 1,600.00 | $1,600.00 | |
| 7 | Mary Lorch | $11,870.50 | $3,350.00 | $ 8,520.50 |
| 10 | Dawn Rothholz | $ 1,134.63 | $1,134.63 | |
| 11 | Debbie Kramer | $ 4,579.00 | $3,350.00 | $ 1,229.00 |
| 12 | Mark & Brenda Moore | $ 2,559.38 | $2,559.38 | |
| 13 | Chris & Amy Child | $ 5,856.00 | $3,350.00 | $ 2,506.00 |
| 15 | Michael & Pauline Stanley | $ 6,315.50 | $3,350.00 | $ 2,965.50 |
| 16 | Terry Hartnett | $ 8,147.50 | $3,350.00 | $ 4,797.50 |
| 17 | Jennifer Barnack | $10,229.00 | $3,350.00 | $ 6,879.00 |
| 18 | Ray & Sonya Jarrett | $ 4,000.00 | $3,350.00 | $ 650.00 |
| 19 | Gloria Denise Evans | $ 5,265.00 | $3,350.00 | $ 1,915.00 |
| 20 | Jennifer Bolton | $ 3,500.00 | $3,350.00 | $ 150.00 |
| 22 | Carolyn Day | $14,865.15 | $3,350.00 | $11,515.15 |
| 23 | Jon & Judy Wetsig | $ 8,408.00 | $3,350.00 | $ 5,058.00 |
| 24 | Shirley $ Terrill Muck | $13,000.00 | $3,350.00 | $ 9,650.00 |
| 26 | Lisa Ann Enloe | $15,555.25 | $3,350.00 | $12,205.25 |
| 27 | George Burnsed | $ 4,172.67 | $3,350.00 | $ 822.67 |
| 28 | Mark F. Tracey | $ 5,000.00 | $3,350.00 | $ 1,650.00 |
| 30 | Ninette Lewis | $ 9,001.25 | $3,350.00 | $ 5,651.25 |
| 32 | William E. Roe | $ 3,834.50 | $3,350.00 | $ 484.50 |
| 33 | Mary Louise Scott | $ 8,114.00 | $3,350.00 | $ 4,764.00 |
| 35 | Erik Repyneck | $ 7,251.13 | $3,350.00 | $ 3,901.13 |
| 37 | Karen Stiles | $ 7,192.50 | $3,350.00 | $ 3,842.50 |
| 43 | Jamie Strawderman | $ 1,773.75 | $1,773.75 | |
| 45 | Jesse Romero | $ 8,500.00 | $3,350.00 | $ 5,150.00 |

| | | | | |
|---|---|---|---|---|
| 47 | Larry & Joyce Hutcherson | $  1,850.00 | $1,850.00 | |
| 50 | Elsa Wittbold | $  4,000.00 | $3.350.00 | $      650.00 |
| 51 | Ken Ammon | $  3,768.38 | $3,350.00 | $      418.38 |
| 52 | William Clements | $12,191.00 | $3,350.00 | $ 8,841.00 |
| 53 | Thomas Weissenburger | $  7,665.38 | $3,350.00 | $ 4,315.38 |
| 55 | Amy Maddox | $12,058.00 | $3,350.00 | $ 8,708.00 |
| 56 | Elena Marchese | $  3,535.00 | $3,350.00 | $      185.00 |
| 61 | Dino Harrer & Kelly East | $  5,535.18 | $3,350.00 | $ 2,185.18 |
| 63 | Diego Sirulnik | $20,066.75 | $3,350.00 | $16,716.75 |
| 64 | Bob Feller | $      300.00 | $    300.00 | |
| 65 | Anthony Defilippo | $  5,945.75 | $3,350.00 | $ 2,595.75 |
| 70 | Mark R. Koprowski | $  3,793.50 | $3,350.00 | $      443.50 |
| 71 | Sandra Lea Bailey | $  5,801.18 | $3,350.00 | $ 2,451.18 |
| 73 | Helen Gallo | $  1,617.88 | $1,617.88 | |