**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re :

**Serene Pavers & Stonescapes, Inc.**

                Debtor(s).
_____/

Case No. **6:23-bk-04635-TPG**
Chapter 7

**TRUSTEE'S MOTION TO AMEND ORDER**
**SUSTAINING OBJECTION TO CLAIM NO. 73 (DOC. NO. 55)**

Marie E. Henkel, Trustee, moves the Court for entry of an Order amending the Order Sustaining Trustee's Objection to Claim No. 73 (the "Order") (Doc. No. 55), entered on February 10, 2026, and in support thereof states as follows :

1.   The Claim referenced in paragraphs 1 and 2 of the Order was incorrectly referred to as Claim No. 25; paragraphs 1 and 2 of the Order should have referenced the Claim as Claim No. 73.

WHEREFORE, Trustee requests the entry of an Order amending the Order Sustaining Trustee's Objection to Claim No. 73, so as to recite Claim No. 73, in paragraphs 1 and 2 of the Order

/s/ *Marie E. Henkel*
Marie E. Henkel, Trustee
Florida Bar No. 260320
3560 S. Magnolia Ave.
Orlando, FL 32806
Telephone : (407) 438-6738
Facsimile  : (407) 858-9466

Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been sent by first class, postage prepaid, U.S. Mail or by electronic delivery to Serene Pavers & Stonescapes, Inc., c/o Eric Bartolozzi, Pres., 204 Rd 3DX, Cody, WY  82414 *Debtor*;  James Skow, Esq., 139 Executive Cir, Ste 103, Daytona, FL  32114 *Attorney for Debtor*; Helen Gallo, 2909 Sime St., New Smyrna Beach, FL 32168 *(Creditor No. 73);* and  to United States Trustee, 400 W Washington St, Ste 1100, Orlando, FL 32801, this 10th day of February, 2026.

/s/ *Marie E. Henkel*
Marie E. Henkel, Trustee