**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re : 

Case No. **6:23-bk-04635-TPG**
Chapter 7

**Serene Pavers & Stonescapes, Inc.**
Debtor.
_________________________________/

**TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS**
**NO. 3, 6, 7, 10, 15 – 18, 21 – 24, 26, 31, 33, 41 - 43, 45, 52, 65, 71 & 73**

Trustee, Marie E. Henkel, hereby objects to Claims No. 3, 6, 7, 10, 15 – 18, 21 - 24, 26, 31, 33, 41 - 43, 45, 52, 65, 71 & 73, and states as follows :

1. Trustee files this Objection and seeks entry of an Order finding that all of the claims listed on Exhibit "A" be reduced by the restitution payments received from the State of Florid, resulting in all but one claim receiving no distribution from the estate.

2. This case was filed on November 21, 2023. Debtor operated a stone paver business and entered into contracts with consumers for the installation of stone pavers and improvements related thereto. Many contracts were either fully or partially unperformed.

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

If you object to the relief requested in this paper, you must file a response with the Clerk of Court, at U.S. Bankruptcy Court, 400 W. Washington St., Ste. 5100, Orlando, FL 32801, and mail a copy to Marie E. Henkel, Trustee, at 3560 S. Magnolia Ave., Orlando, FL 32806, within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U. S. Mail. If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested without further notice or hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney, if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified or eliminated if you do not timely file and serve a response.

3. Concurrent with the administration of this estate, the Volusia County Sheriff's Office investigated the conduct of the principal of the debtor, resulting in the State of Florida charging the principal for misappropriation of construction funds, under Case No. 2024 107779 CFDB. As part of a plea deal entered in that criminal case, the principal agreed to pay restitution to the creditors listed on Exhibit "A".

4. The creditors on Exhibit "A" have received restitution payments from the State of Florida. These same creditors filed claims in this case and would have been entitled to distributions from this estate. However, since all but one of the claims listed on Exhibit "A" have been paid in full, the claims listed on Exhibit "A" should be reduced by the restitution payments already received by these creditors..

WHEREFORE Trustee requests entry of an Order sustaining Trustee's objection to the Claims No. 3, 6, 7, 10, 15 – 18, 21 - 24, 26, 31, 33, 41 - 43, 45, 52, 65, 71 & 73, reducing the allowed claimed amounts by the restitution payments received by these creditors from the State of Florida.

Dated June 3, 2026.

/s/ Marie E. Henkel
Marie E. Henkel, Trustee
Florida Bar No. 260320
3560 South Magnolia Avenue
Orlando, Florida 32806
Telephone : (407) 438-6738
Facsimile : (407) 858-9466

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Omnibus Objection to Claims No. . 3, 6, 7, 10, 15 – 18, 21 - 24, 26, 31, 33, 41 - 43, 45, 52, 65, 71 & 73, has been sent by United States Mail, first class, postage pre-paid, or by electronic delivery, to all parties listed below on June 3, 2026 :

Serene Pavers & Stonescapes, Inc. c/o Eric Bartolozzi, Pres., 204 Rd 3DX, Cody, WY 82414
James Skow, Esq., 139 Executive Cir., Ste 103, Daytona, FL 32114
Echols Construction, LLC, c/o Justin D. Echols, 1901 S Glencoe Rd., New Smyrna Beach, FL 32168 (Claim No. 3)
Susan Carpenter, 45 Richmond Dr., New Smyrna Beach, FL 32169 (Claim No. 6)
Mary Lorch, 818 E 25th Ave., New Smyrna Beach, FL 32169 (Claim No. 7)
Dawn Rothholz, 1823 Sabal Palm Dr., Edgewater, FL 32132 (Claim No. 10)
Michael & Pauline Stanley, 1222 Harbour Pointe Dr., Port Orange, FL 32127 (Claim No. 15)
Terry Harnett, 1220 Harbour Pointe Dr, Port Orange, FL 32132 (Claim No. 16)
Jennifer Barnack, 624 Boars Head Dr., Port Orange, FL 32127 (Claim No. 17)

Ray Jarrett, 2990 Hardy Ave., New Smyrna Beach, FL 32168 (Claim No. 18)
Rosemary A. Henik, 831 E. 9th Ave., New Smyrna Beach, FL 32168 (Claim No. 21)
Carolyn Day, 80 Inlet Point Blvd., Ponce Inlet, FL 32127 (Claim No. 22)
Jon & Judy Wetsig, 804 Locust St., New Smyrna Beach, FL 32168 (Claim No. 23)
Shirley & Terrill Muck, 275 Walker Ave., New Smyrna Beach, FL 32168 (Claim No. 24)
Lisa Ann Enloe, 1665 N. Atlantic Ave., New Smyrna Beach, FL 32169 (Claim No. 26)
Mary Louise Scott, 4044 Cardinal Blvd., Port Orange, FL 32127 (Claim No. 33)
Wayne Fenton, 407 Wildwood Dr., Edgewater, FL 32132 (Claim No. 41)
Edgewater Yard Shop, c/o Edwin Jones, Mgr./Owner, 401 N. Ridgewood Ave., Edgewater, FL 32132 (Claim No. 42)
Jamie Strawderman, 2987 Neverland Dr., New Smyrna Beach, FL 32168 (Claim No. 43)
Jesse Romero, 708 S. Cooper St., New Smyrna Beach, FL 32169 (Claim No. 45)
William Clements, 605 Dartmouth St., Orlando, FL 32804 (Claim No. 52)
Anthony DeFillippo, 712 S. Cooper St., New Smyrna Beach, FL 32169 (Claim No. 65)
Sandra Lea Bailey, 5902 Riverside Dr., Port Orange, FL 32127 (Claim No. 71)
Helen Gallo, 2909 Sime St., New Smyrna Beach, FL 32168 (Claim No. 73)

/s/ Marie E. Henkel
Marie E. Henkel, Trustee